Vaccaro v Mercedes-Benz USA (2023 NY Slip Op 06603)

Vaccaro v Mercedes-Benz USA

2023 NY Slip Op 06603

Decided on December 21, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 21, 2023

Before: Manzanet-Daniels, J.P., González, Scarpulla, Mendez, Higgitt, JJ. 

Index No. 808206/22E Appeal No. 1288 Case No. 2023-01849 

[*1]Joseph Vaccaro, Plaintiff-Respondent,
v
Mercedes-Benz USA, Defendant-Appellant, Penske Automotive Group Inc., et al., Defendants.

Goldberg Segalla, LLP, Buffalo (Meghan M. Brown of counsel), for appellant.
Saracino Morris Law Group PLLC, Harrison (Gregory Saracino and Peter Morris of counsel), for respondent.

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered on or about March 22, 2023, which denied defendant Mercedes-Benz USA's motion to change venue, unanimously affirmed, without costs.
Defendant met its threshold burden of raising an issue as to plaintiff's residence by annexing documents indicating that plaintiff was a Connecticut resident (see Hernandez v Seminatore, 48 AD3d 260, 260 [1st Dept 2008]; CPLR 510 [1]). In opposisition, plaintiff, through his detailed affidavit and corroborating documents, sufficiently established his bona fide residency in Bronx County with some degree of permanency (see Ramirez v Santarpia, 268 AD2d 257, 257 [1st Dept 2000]).
We have considered defendant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 21, 2023